DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISRAEL PETERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-794

[June 8, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562016CF000300A.

Israel Peterson, Clermont, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***